UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD ROLLINGS,

    Plaintiff,

v.

P.A. THOMPSON, *et al.*,

    Defendants.

Case No. C06-5574FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff not having filed an affidavit or verified complaint in support of his motion for a temporary restraining order, the Magistrate recommends that the motion for temporary restraining order be denied. Plaintiff has filed no objections. NOW, THEREFORE,

IT IS ORDERED:

1. The Court adopts the Report and Recommendation (Dkt. # 9);

2. Plaintiff's Motion for a temporary restraining order (Dkt. # 7) is DENIED,

3. This matter is again referred to the Magistrate Judge;

4. Copies of this order shall be sent to the Honorable J. Kelley Arnold, and to Plaintiff.

DATED this 3rd day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1