UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD ROLLINGS,<br><br>        Plaintiff,<br><br>     v.<br><br>P.A. THOMPSON, *et al.*,<br><br>        Defendants. | Case No. C06-5574FDB<br><br>REPORT AND RECOMMENDATION<br><br>Noted for April 13, 2007 |

This matter comes before the court upon plaintiff's failure to provide the Clerk with the required service copies of his complaint.

On November 2, 2006, the court issued an order directing service of the complaint after plaintiff submitted to the court clerk the required U.S. Marshals forms and documentation (summonses and copies of the complaint) needed for service. *See* Doc. 8. The court directed plaintiff to submit the required documentation by not later than November 24, 2006, and it informed plaintiff that without the appropriate service copies, the matter was subject to dismissal for failure to prosecute. To date the court clerk has not received the required documentation from plaintiff to complete service. This matter should be dismissed for lack of prosecution.

<u>CONCLUSION</u>

Based on the foregoing, the Court should dismiss plaintiff's causes of action based on plaintiff's failure to properly prosecute the matter. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal

1 Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written
2 objections. *See also* Fed.R.Civ.P. 6.  Failure to file objections will result in a waiver of those objections for
3 purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by
4 Rule 72(b), the clerk is directed to set the matter for consideration on **April 13, 2007**, as noted in the
5 caption.

      DATED this 20th day of March, 2007.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge