UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD ROLLINGS,

                Plaintiff,

     v.

P.A. THOMPSON, *et al.*,

               Defendants.

Case No.  C06-5574FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation;

    (2)     Plaintiff's complaint and causes of action are DISMISSED for lack of prosecution;

    (3)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

    DATED this _____ day of April 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE