# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD ROLLINGS

        v.

P.A. THOMPSON, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5574FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's complaint and causes of action are DISMISSED for lack of prosecution.


  April 17, 2007                                                    BRUCE RIFKIN
Date                                                                 Clerk


                                                                         *s/CM Gonzalez*
                                                                         Deputy Clerk